1
2
3
4     UNITED STATES DISTRICT COURT
5     NORTHERN DISTRICT OF CALIFORNIA
6

| **KEVIN MOELLER**, | |
|---|---|
| Plaintiff, | Case No. 16-cv-00910-YGR |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE FOR PRIVATE MEDIATION; SETTING DEADLINE FOR SUMMARY JUDGMENT RE: CLASSIFICATION ISSUE** |
| **LOCKHEED MARTIN CORPORATION**, | |
| Defendant. | Re: Dkt. No. 27 |

In light of the parties' Joint Case Management Statement filed July 18, 2016, the Court **ORDERS** as follows:

1. the parties shall complete private mediation on later than September 30, 2016;

2. if the case does not resolve at mediation, Defendant shall file its anticipated motion regarding the "classified nature of the evidence" by no later than October 11, 2016;

3. the case management conference currently set for July 25, 2016, is **CONTINUED** to October 3, 2016 at 2:00 p.m. in Courtroom 1, 1301 Clay Street, Oakland, and shall file an updated joint case management statement no later than five business days prior to the continued conference date.

**IT IS SO ORDERED.**

Dated: July 19, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**