UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**KEVIN MOELLER**,

    Plaintiff,

  v.

**LOCKHEED MARTIN CORPORATION**,

    Defendant.

Case No.  16-cv-00910-YGR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 13, 2016**

The Court has reviewed the parties' supplemental joint case management statement and, in light of the issues raised therein, **CONTINUES** the case management conference currently set for October 3, 2016, to **December 13, 2016, at 2:00 p.m.**, the same date as Defendants' proposed motion for summary judgment would be heard, if filed.

The requirement in the Court's Standing Order in Civil Cases with respect to a summary judgment pre-filing conference is waived with respect to the proposed motion for summary judgment on the "classified nature of the evidence."

**IT IS SO ORDERED.**

Dated: September 27, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**