1  HOYER & HICKS
   Richard A. Hoyer (SBN 151931)
2  E-mail:  rhoyer@hoyerlaw.com
   Jennifer E. McGuire (SBN 282704)
3  E-mail:  jmcguire@hoyerlaw.com
   4 Embarcadero Center, Suite 1400
4  San Francisco, CA  94114
   Telephone:  (415) 766-3539
5  Facsimile:  (415) 276-1738

6  Attorneys for Plaintiff
   KEVIN MOELLER
7
   SEYFARTH SHAW LLP
8  Brian T. Ashe (SBN 139999)
   E-mail:  bashe@seyfarth.com
9  Selyn Hong (SBN 303398)
   E-mail:  shong@seyfarth.com
10 560 Mission Street, 31st Floor
   San Francisco, California 94105
11 Telephone:  (415) 397-2823
   Facsimile:  (415) 397-8549
12
   CROWELL & MORING LLP
13 Gail D. Zirkelbach (SBN 181405)
   E-mail:  GZirkelbach@crowell.com
14 515 South Flower St., 40th Floor
   Los Angeles, CA  90071
15 Telephone:  (213) 622-4750
   Facsimile:  (213) 622-2690
16
   Attorneys for Defendant
17 LOCKHEED MARTIN CORPORATION

18                      UNITED STATES DISTRICT COURT
19                      NORTHERN DISTRICT CALIFORNIA
20

21 KEVIN MOELLER,                          Case No. 4:16-cv-00910-YGR
                                           ORDER GRANTING
22              Plaintiff,                 **STIPULATION TO EXTEND TIME FOR
                                           DEFENDANT LOCKHEED MARTIN
23       v.                                CORPORATION TO FILE ITS
                                           ANTICIPATED MOTION REGARDING
24 LOCKHEED MARTIN CORPORATION and         THE "CLASSIFIED NATURE OF THE
   DOES 1–10,                              EVIDENCE"; [PROPOSED] ORDER**
25                                         AND SETTING CONFERENCE CALL
                Defendants.                RE STATUS
26
                                           Judge: Hon. Yvonne Gonzalez Rogers
27

28
---
STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ITS ANTICIPATED MOTION REGARDING THE
"CLASSIFIED NATURE OF THE EVIDENCE"; [PROPOSED] ORDER / CASE NO. 4:16-CV-00910-YGR

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED** that the deadline for Defendant Lockheed Martin to file its anticipated motion regarding the "classified nature of the evidence" is continued from November 22, 2016 to DECEMBER 6, 2016. The Court sets a conference call regarding the status of the anticipated motion and subsequent discussion for 3:00 a.m. on Friday, December 2, 2016. Defendant shall provide a dial-in number for counsel and the Court. IT IS SO ORDERED.

DATED: November 21, 2016

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

\* Please email the dial-in number and passcode to the
Courtroom Deputy at: ygrcrd@cand.uscourts.gov

2

STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ITS ANTICIPATED MOTION REGARDING THE "CLASSIFIED NATURE OF THE EVIDENCE"; [~~PROPOSED~~] ORDER / CASE NO. 4:16-CV-00910-YGR

35952761v.1