|   |   |
|---|---|
| 1 | Richard A. Hoyer (SBN 151931) |
|   | rhoyer@hoyerlaw.com |
| 2 | Jennifer E. McGuire (SBN 282704) |
|   | jmcguire@hoyerlaw.com |
| 3 | HOYER & HICKS |
|   | 4 Embarcadero Center, Suite 1400 |
| 4 | San Francisco, CA  94114 |
|   | Telephone:  (415) 766-3539 |
| 5 | Facsimile:  (415) 276-1738 |
| 6 | Attorneys for Plaintiff |
|   | KEVIN MOELLER |
| 7 |   |
|   | SEYFARTH SHAW LLP |
| 8 | Brian T. Ashe (SBN 139999) |
|   | E-mail:  bashe@seyfarth.com |
| 9 | Selyn Hong (SBN 303398) |
|   | E-mail:  shong@seyfarth.com |
| 10 | 560 Mission Street, 31st Floor |
|   | San Francisco, California 94105 |
| 11 | Telephone:  (415) 397-2823 |
|   | Facsimile:  (415) 397-8549 |
| 12 |   |
|   | CROWELL & MORING LLP |
| 13 | Gail D. Zirkelbach (SBN 181405) |
|   | E-mail:  GZirkelbach@crowell.com |
| 14 | 515 South Flower St., 40th Floor |
|   | Los Angeles, CA  90071 |
| 15 | Telephone:  (213) 622.4750 |
|   | Facsimile:  (213) 622.2690 |
| 16 |   |
|   | Attorneys for Defendant |
| 17 | LOCKHEED MARTIN CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN MOELLER, | Case No. 16-cv-00910-YGR |
|---|---|
| Plaintiff, | **ORDER APPROVING STIPULATION OF DISMISSAL** |
| vs. |   |
| LOCKHEED MARTIN CORPORATION and DOES 1–10, |   |
| Defendant. |   |

STIPULATION OF DISMISSAL

36484845v.1

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant
3  to Federal Rule Civil Procedure, Rule 41(a)(1)(ii). Each party is to bear his or its own costs and
4  attorneys' fees per agreement.

5  Pursuant to Civil Local Rule 5-1(i)(3), concurrence in the filing of this document has been
6  obtained from Jennifer E. McGuire, Attorney for Kevin Moeller.

HOYER & HICKS

Date: January 3, 2017

_____
Jennifer E. McGuire
Attorney for Plaintiff
KEVIN MOELLER

SEYFARTH SHAW LLP

Date: January 3, 2017

_____
Brian T. Ashe
Selyn Hong
Attorney for Defendant
LOCKHEED MARTIN CORPORATION

ORDER

IT IS SO ORDERED.
DATE: January 4, 2017



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

STIPULATION OF DISMISSAL

36484845v.1